UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                PLAINTIFF
*ex rel.* J. BRYAN QUESENBERRY

V.                                  CIVIL ACTION NO. 3:24-CV-167-KHJ-MTP

HINDS COUNTY MENTAL                              DEFENDANTS
HEALTH COMMISSION, et al.

ORDER

Because the United States has declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), this Court ORDERS that

- the [3] Complaint be unsealed and served upon Defendants by Relator;

- all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States' [7] Notice of Election to Decline Intervention (which the Relator will serve upon the Defendants only after service of the Complaint);

- the seal be lifted as to all other matters occurring in this action after the date of this Order;

- the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States under 31 U.S.C. § 3730(c)(3);

- the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

- the parties shall serve all notices of appeal upon the United States, and all orders of this Court shall be sent to the United States; and

- should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the

written consent of the United States before ruling or granting its approval.

SO ORDERED, this 4th day of December, 2024.

s/ *Kristi H. Johnson*  
UNITED STATES DISTRICT JUDGE